# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-0151-01** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **OLUFEMI ADIGUN** | : | |

## **ORDER**

AND NOW, this 19th day of February, 2014, upon consideration of convicted defendant Olufemi Adigun's ("Adigun") amended motion (Doc. 221) for a new trial, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Adigun's amended motion (Doc. 221) for a new trial is DENIED.

                           /S/ CHRISTOPHER C. CONNER
                           Christopher C. Conner, Chief Judge
                           United States District Court
                           Middle District of Pennsylvania