# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-151** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **OLUFEMI ADIGUN,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 24th day of January, 2018, upon consideration of the motion (Doc. 282) to vacate, set aside, or correct sentence under 28 USC § 2255 by defendant Olufemi Adigun ("Adigun"), and for the reasons set forth in the court's accompanying memorandum, it is hereby ORDERED that:

1. Adigun's motion (Doc. 282) is DEFERRED pending an evidentiary hearing as to Adigun's claim that his attorney rejected a government plea offer without his consent.

2. The Federal Public Defender's Office is appointed to represent Adigun with respect to this claim in his motion (Doc. 282) to vacate, set aside, or correct sentence. See 28 U.S.C. § 2255 Rule 8(c).

3. The Clerk of Court is directed for forward all necessary materials to the Federal Public Defender's Office, as soon as possible.

4. An evidentiary hearing shall commence on Adigun's claim that his attorney rejected a government plea offer without his consent at **10:00 a.m. on Wednesday, March 28, 2018**, in Courtroom #1, 9th Floor, United States Courthouse and Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

5. Adigun's motion (Doc. 282) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is DENIED as to all other grounds, and a certificate of appealability as to those grounds is DENIED, see 28 U.S.C. § 2255 Rule 11(a).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania