# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-151** |
| v. | : | (Chief Judge Conner) |
| **OLUFEMI ADIGUN,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 4th day of October, 2018, upon consideration of the motion (Doc. 282) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 by defendant Olufemi Adigun ("Adigun"), and for the reasons set forth in the court's accompanying memorandum, it is hereby ORDERED that:

1. Adigun's motion (Doc. 282) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is DENIED as to the remaining claim that Adigun's attorney was constitutionally ineffective for rejecting a plea offer without Adigun's consent.

2. A certificate of appealability as to this remaining claim is DENIED, see 28 U.S.C. § 2255 Rule 11(a).

3. The Clerk of Court is directed to close the corresponding civil case number 1:16-cv-01954.

                    /S/ CHRISTOPHER C. CONNER
                    Christopher C. Conner, Chief Judge
                    United States District Court
                    Middle District of Pennsylvania