# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:11-CR-151** |
| : | |
| v. : | **(Judge Conner)** |
| : | |
| **OLUFEMI ADIGUN (1),** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 8th day of July, 2020, upon consideration of defendant Olufemi Adigun's motion (Doc. 355) for compassionate release and reduction of sentence under 18 U.S.C. § 3582(c)(1)(A)(i), and for the reasons stated in the accompanying memorandum of today's date, it is hereby ORDERED that the motion (Doc. 355) is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania